665     In re Gas Reclamation, Inc. Securities Litigation

| | | |
|---|---|---|
| 85/10/07 | 1 | MOTION, BRIEF, AFFIDAVIT OF WILLIAM A. KASS, SCHEDULE, CERT. OF SERVICE -- pltf. Herbert Bard, et al. -- SUGGESTED TRANSFEREE DISTRICT:  S.D. NEW YORK, SUGGESTED TRANSFEREE JUDGE: ?  (cds) |
| 85/10/17 | | APPEARANCES:  KENNETH M. MORRIS, ESQ. For Haas Securities Corp., Robert A. Spira, Eugene Laff, Joe A. Clements, Edward Rotenbury, Don Reel, G.A. Suman; LAWRENCE B. CARLSON, ESQ. for Austin Davenport Associates, Inc., Hugh Bell, Howard Reifer, James J. Callahan; JEFFREY A. FILLMAN, ESQ. for Northwestern National Insurance Co. of Milwaukee, Wisconsin; JOE C. HOLZER, ESQ. for Fred Parks and Ben W. Ditto, et al.; ROBIN NELSON WOLFE, ESQ. for Herbert Bard, et al.; DOUGLAS M. ROBISON, ESQ. for Arthur W. Allen, Jr., et al.; EARL H. NEMSER, ESQ. for Intercontinental Monetary Corp.; DARRELL K. FENNELL, ESQ. for Privatbanken A/S, Connecticut National Bank, Ensign Bank FSB and Morris County Savings Bank; HOWARD B. BUTLER, JR., ESQ. for GasReclamation, Inc., G. Hugh Bradbury, Gordon D. Lewis, M.D., Harrison A. Storms, Jr., Harrison A. Storms, Howard B. Butler, Jr., Elizabeth W. Allen, Michael A.S. Makris and Bob L. Jordon (rh) |
| 85/10/17 | 2 | REQUEST FOR EXTENSION OF TIME -- Intercontinental Monetary Corp. -- GRANTED TO ALL PARTIES to and including October 29, 1985 -- Notified involved counsel (rh) |
| 85/10/18 | | HEARING ORDER -- MOTION OF PLAINTIFFS Herbert Bard, et al., for transfer of A-1 thru A-4 for hearing on 11/21/85 in Portland Oregon  (paa) |
| 85/10/18 | 3 | REQUESTS FOR EXTENSION OF TIME (2 letters) -- Connecticut National Bank, Ensign Bank FSB, Morris County Savings Bank and Privatbanken A/S; and Northwestern Insurance Co. of Milwaukee, Wisconsin -- PREVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING OCTOBER 29, 1985  (cds) |
| 85/10/21 | | APPEARANCE:  LEE SELLERS, ESQ. for R. Clay Underwood  (cds) |
| 85/10/22 | 4 | RESPONSE -- Ben W. Ditto, et al. and Fred Parks -- w/cert. of svc. (rh) |
| 85/10/22 | 5 | RESPONSE -- Haas Securities Corporation, Robert A. Spira, Eugene Laff, Joe A. Clements, Edward Rotenbury, Don Reel and G.A. Suman -- w/cert. of svc. (rh) |
| 85/10/22 | 6 | RESPONSE -- Arthur Allen, Jr., et al. -- w/cert. of svc. (rh) |

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/10/24 | 43 | ~~RESPONSE (to pldg. #41) -- deft. Enserch Corp and Ebasco-Humphreys & Glasgow, Inc. -- w/Attachments A and B and cert. of service (cds)~~ |
| 85/10/24 | 7 | RESPONSE -- defts. Austin Davenport Associates, Inc., Hugh Bell, Howard Reifer and James Callahan -- w/cert. of service (cds) |
| 85/10/29 | 8 | RESPONSE, MEMORANDUM -- defts. Connecticut National Bank, Ensign Bank FSB, Morris County Savings Bank and Privatbankenn A/S -- w/Affidavit of Darrell Fennell and cert. of service (cds) |
| 85/10/29 | 9 | RESPONSE, BRIEF (w/schedule referencing new action Walt A. Collins, et al. v. Harry M. Sibley, et al., W.D.Tex., #W-85-CA-88) -- defts. Intercontinental Monetary Corp. -- w/cert. of service |
| 85/10/30 | 10 | MEMORANDUM (re: pldg. #1) -- deft. Northwestern National Insurance Co. w/cert. of svc.  (ds) |
| 85/10/30 | 11 | LETTER (interested parties) -- dated October 29, 1985 and signed by Richard L. Gold -- w/cert. of service  (cds) |
| 85/10/30 | | ~~MEMORANDUM (re: pldg. #1) -- deft. Northwestern National Insurance Co. w/cert. of service (ds)~~ |
| 85/11/05 | 12 | RESPONSE -- (to Pldg. #1) Gas Reclamation, Inc., G. Hugh Bradbury, Gordon D. Lewis, M.D., Harrison A. Storms, Jr., Howard B. Butler, Jr., Elizabeth W. Allen, Hugh Bell, Michael A.S. Makris and Bob L. Jordan -- w/cert. of svc. (rh) |
| 85/11/21 | | HEARING APPEARANCES -- DARRELL K. FENNELL, ESQ. for The Connecticut National Bank, Ensign Bank FSB, Morris County Savings & Privatbanken A/S; JEFFREY A. FILLMAN, ESQ. for Northwestern National Insurance Co. of Milwaukee, Wisconsin; JOHN R. KNIGHT, ESQ. for Haas SEcurities Corp., Robert A. Spria, Eugene Laff, Joe A. Clements, Edward Rotenbury, Don Reel & G.A. Suman; DOUGLAS M. ROBINSON, ESQ. for Arthur Allen, et al.  (ds) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Intercontinental Monetary Corp.; Austin Davenport ASsociates, Inc., Hugh Bell, Howard Reifer and James J. Callahan; Gas Reclamation Incorp., G. Hugh Bradbury, Gordon D. Lewis, M.D., Harrison A. Storms, Jr., Howard B. Butler, Jr., elizabeth W. Allen, Michàel A.S. Makris and Bob L. Jordan; Herbert Bard, Daniel H. Kass, Kenneth Rolfe, Edwin S. Gauld, Jerrold Schatzberg and Robert Wilvers; Fred Parks and Ben W., Ditto, et al.  (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/06 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Leonard B. Sand, S.D.N.Y., for pretrial proceedings. (ds) |
| 85/12/06 | | TRANSFER ORDER -- transferring A-1 thru A-3 to the S.D.N.Y. for pretrial proceedings -- Notified involved counsel, clerks, judges and misc. recipients. (ds) |
| 85/12/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-5 Harry M. Sibley, et al. v. Gas Reclamation, Inc., et al., N.D. Tex., C.A. No. CA-3-85-1809-R and B-6 James Clarke, et al. v. Gas Reclamation, Inc., et al., S.D. Tex., C.A. No. H-85-5803 -- Notified involved counsel and judges (rh) |
| 85/12/30 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-5 Harry M. Sibley, et al. v. Gas Reclamation, Inc., et al., N.D. Tex., C.A. No. CA-3-85-1809-R and B-6 James Clarke, et al. v. Gas Reclamation, Inc., et al., S.D. Tex., C.A. No. H-85-5803 -- Notified involved judges and clerks. (paa) |
| 86/01/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-7 Walt A. Collins, et al. v. Gas Reclamation, Inc., et al., W.D. Texas, C.A. No. W-85-CA-88 -- Notified involved counsel and judges (rh) |
| 86/01/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-9 June E. Johnson v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-85-6430 -- Notified involved counsel and judges (rh) |
| 86/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-7) Walt A. Collins, et al. v. Gas Reclamation, Inc., et al., W.D. Texas, #W-85-CA-88 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 86/02/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-9 June E. Johnson v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-85-6430 --Notified involved judges and clerks (rh) |
| 86/03/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 Robert Hudson v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-86-566 -- Notified involved counsel and judges (rh) |
| 86/03/11 | | APPEARANCE: JOHN W. BERKEL, ESQ. for Robert Hudson. (paa) |
| 86/03/20 | | CONDITIONAL TRANSFER FINAL TODAY -- B-11 Robert Hudson v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-86-566 -- NOTIFIED INVOLVED CLERKS AND JUDGES. (paa) |

JPM

B 4

86/04/17          CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-12) Northwestern
                  National Ins. Co. of Milwaukee, WI v. David Mahaffey, et al.,
                  S.D. Tex. #H-86-815 and (B-13) George W. Allibone, et al. v.
                  Gas Reclamation, et al., S.D. Tex., #H-86-830 -- NOTIFIED
                  INVOLVED JDUGES AND COUNSEL (cds)

86/05/05          CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 Northwestern
                  Nat'l Ins. Co. V. David Mahaffey, et al., S.D. Tex., C.A. No.
                  H-86-815 and B-13 George Allibone, et al. v. Gas Reclamation,
                  Inc., et al., S.D. Tex., C.A. No. H-86-830 -- NOTIFIED
                  INVOLVED JUDGES AND  CLERKS (CDS)

87/03/04          CONDITIONAL TRANSFER ORDER FILED TODAY -- C-26 Northwestern
                  National Insurance Co. of Milwaukee, Wisconsin v. Bruce
                  Urbanosky v. Gas Reclamation, Inc., et al., E.D. Oklahoma,
                  C.A. No. 87-41-C -- Notified involved counsel and judge (rh)

87/03/18    13    NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- (C-26)
                  Northwestern, etc. v. Bruce Urbanosky v. Gas Reclamation,
                  Inc., et al., E.D. Oklahoma, #87-41-C -- pltf. Northwestern
                  National Ins. Co. of Milwaukee, Wisconcin -- w/cert. of
                  service  (cds)

87/04/02    14    MOTION/BREIF TO VACATED CONDITIONAL TRANSFER ORDER -- Filed
                  by Northwestern National Insurance Co. of Milwaukee,
                  Wisconsin -- C-26 Northwestern National Insurance Co. of
                  Milwaukee, Wisconsin v. Bruce Urbanosky v. Gas Reclamation,
                  Inc., et al., E.D. Oklahoma, C.A. No. 87-41-C -- w/ Exhibit
                  and cert. of svc. (rh)

87/04/16    15    RESPONSE/BRIEF -- (to pldg. #14) -- Intercontinental Monetary
                  Corporation -- W/cert. of Svc. (paa)

87/04/16    16    RESPONSE/MEMORANDUM -- (to pldg. #14) -- Ensign Bank, F.S.B.
                  -- W/cert. of Svc.  (paa)

87/04/20          HEARING ORDER -- Setting opposition of plaintiff to transfer
                  C-26 Northwestern National Insurance Co. of Milwaukee,
                  Wisconsin -- Washington, D.C. on May 21, 1987 -- Notified
                  involved judges, clerks and counsel.  (tmq)

JPML FORM 1A                                                    p. 5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/04/24 | 17 | NORTHWESTERN NATIONAL INSURANCE CO. OF MILWAUKEE, WISCONSIN WITHDRAWAL OF OPPOSITION BY STIPULATION OF ALL COUNSEL IN ACTION -- filed by Northwestern National Insurance Co. of Milwaukee, Wisconsin, Intercontinental Monetary Corp., and Ensign Bank, F.S.B. -- w/cert. of svc. (rh) |
| 87/04/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING HEARING ORDER -- Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Bruce Urbanosky v. Gas Reclamation, Inc., et al., E.D. Oklahoma, C.A. No. 87-41-C -- Notified involved judges, clerks and counsel. (tmq) |
| 87/06/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-29 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Maynard H. Braden, et al. v. Gas Reclamation, Inc., et al., W.D. Texas, Chap. 11 Reorganization No. 5-86-02094 A-11 (Adversary Proceeding No. 87-5072A) -- Notified involved counsel and judges (rh) |
| 87/06/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-30 Mike Pogue, et al. v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-87-1701 -- Notified involved counsel and judges (rh) |
| 87/07/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-29 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Maynard H. Braden, et al. v. Gas Reclamation, Inc., et al., W.D.Texas, Chap. 11 Reorganization No. 5-86-02094 A-11 (Adv. No. 87-5072A) -- Notified involved judges and clerks (cds)_ |
| 87/07/07 | | APPEARANCE: H. ADAM PRUSSIN, ESQ. FOR Northwestern National Insurance Co. of Milwaukee, Wisconsin (cds) |
| 87/07/10 | | CONDITIONAL TRANFER ORDER FINAL TODAY -- D-30 Mike Pogue, et al. v. Gas Reclamation, Inc., et al., S.D. Texas, C.A. No. H-87-1701 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 88/07/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-32 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Allen S. Cummings, M.D. Florida, C.A. No. 88-25-Civ-Orl-19 -- Notified involved judges and counsel (cds) |
| 88/08/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-32 Northwestern National Ins. Co. of Milwaukee, WI v. Allen S. Cummings, M.D. Florida, C.A. No. 88-25-Civ-Orl-19 -- Notified involved judges and clerks (cds) |

θ:6

665

| | | |
|---|---|---|
| 89/05/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-33 Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. California, C.A. No. 88-02494(TJH)(Gx) -- Notified involved counsel and judges (rh) |
| 89/05/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. California, C.A. No. CV-86-7876-PAR(Bx) -- Notified involved counsel and judges (rh) |
| 89/05/18 | 18 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- E-33 Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. Cal., C.A. No. 88-02494 (TJH) -- filed by deft. Northwestern National Insurance Co. (cds) |
| 89/05/26 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. California, C.A. No. CV-86-7876-PAR(Bx) -- Notified involved counsel and judges (rh) |
| 89/06/01 | 20 | MOTION TO VACATE CONDITIONAL TRANSFER ORDERS, BRIEF, SCHEDULE, and EXHIBITS -- filed by Northwestern National Insurance Co. of Milwaukee, Wisconsin and Harold C. Recard -- re E-33 Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. Cal., #88-02494(TJH)(Gx) and E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. Cal., #CV-86-7876-PAR(Bx) -- w/CERT. OF SERVICE (cds) |
| 89/06/15 | | HEARING ORDER -- Setting opposition of E-34 for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/19 | 21 | LETTER -- (re: Status of E-33 and E-34) -- filed by Northwestern National Insurance Co. w/Exhibit A and proof of svc. (ds) |
| 89/06/21 | 22 | RESPONSE/MEMORANDUM (to pldg. #20) -- filed by deft. Ensign Bank FSB w/affidavit, Exhibits A thru D and cert. of svc. (ds) |
| 89/06/21 | 23 | LETTER/RESPONSE (to pldg. #20) -- filed by deft. IMC Collection Services, Inc. w/cert. of svc. (ds) |
| 89/06/28 | 24 | RESPONSE--ROBERT L. MIDDLETON W/EXHIBITS A,B,C&D and cert. of svc. ( (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 665 -- _____

| | Rel. | Pleading Description |
|---|---|---|
| 89/07/03 | 25 | REPLY MEMORANDUM, PROOF OF SERVICE w/Exhibit A -- Northwestern National Insurance Co. of Milwaukee, Wisconsin and Harold Recard w/exhibits A thru C and cert. of svc.  (ds) |
| 89/07/03 | 26 | LETTER (re:  pldg. #20) -- Intercontinental Monetary Corp., IMC Collection Services, Inc. and Richard Kelly w/svc.  (ds) |
| 89/07/25 | 27 | SUPPLEMENTAL DECLARATION OF ED CASEY -- (to pldg. #20) -- Filed by Counterdefendant Northwestern National Insurance Co. of Milwaukee, Wisconsin -- w/cert. of svc. (rh) |
| 89/07/26 | | HEARING APPEARANCES:   (Hearing on 7/27/89 in Seattle, Washington) -- ED CASEY, ESQ. for Northwestern National Insurance and Harold Recard, ROBERT M. YASPAN, ESQ. for Robert L. Middleton (rh) |
| 89/07/26 | | WAIVERS OF ORAL ARGUMENT:  (Hearing on 7/27/89 in Seattle, Washington) -- Allen Investors, Ensign Bank, FSB, The Connecticut National Bank, Privatbanken A/S and Morris Savings Bank (rh) |
| 89/08/11 | | TRANSFER ORDER -- E-33 Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. California, C.A. No. Cv-88-02494(TJH)(Gx) and E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al., C.D. California, C.A. No. CV-89-7876(PAR)(Bx) -- Notified involved judges, clerks and counsel (rh) |
| 92/01/07 | 28 | SUGGESTION FOR REMAND -- for E-34 Filed in S.D. New York signed by Judge Leonard B. Sand (dated 7/29/91) (rh) |
| 92/01/07 | | CONDITIONAL REMAND ORDER FILED TODAY -- E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton, et al., S.D. New York, C.A. No. 89-5717-LBS (C.D. California, C.A. No. CV-86-7876-PAR(Bx)) -- Notified involved counsel and judge (rh) |
| 92/01/23 | | CONDITIONAL REMAND ORDER FINAL TODAY -- E-34 Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al., S.D.N.Y., C.A. No. 89-5717LBS (C.D. Cal., C.A. No. CV-86-7876-PAR(Bx)) -- Notified involved clerks and judge (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 665 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Gas Reclamation, Inc. Securities Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 6, 1985 | TO | Unpublished | S.D. New York *208* | Leonard B. Sand | |

*m - 21 - 41 - PBS*

### Special Transferee Information

DATE CLOSED: *7/30/93*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

S.D. New York
Judge Leonard B. Sand

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Arthur Allen, Jr., et al. v. Gas Reclamation, Inc., et al. | Tex.,N. Hill - (elevated) | 3-85-0512-D | 12/6/85 | 85-10029 | | |
| A-2 | Ben W. Ditto, et al. v. Gas Reclamation, Inc., et al. | Tex.,S. Gibson | H-85-4147 | 12/6/85 | 85-10030 | | |
| A-3 | Fred Parks v. Gas Reclamation, Inc., et al. | Tex.,S. | H-85-1660 | 12/6/85 | 85-10031 | | |
| A-4 | Herbert Bard, et al. v. Gas Reclamation, Inc., et al. | N.Y.,S. Sand | 85-2092 | | | | |
| B-5 | Harry M. Sibley, et al. v. Gas Reclamation, Inc., et al. 12-12-85 | N.D.Tex. Buchmeyer | CA-3-85-1809-R | 12/30/86 | 86-1001 | | |
| B-6 | James Clarke, et al. v. Gas Reclamation, Inc., et al. 12-12-85 | S.D.Tex. Bue | H-85-5803 | 12/30/86 | 86-1002 | | |
| B-7 | Walt A. Collins, et al. v. Gas Reclamation, Inc., et al. 1-10-86 | W.D.Tex. Smith | W-85-CA-88 | 1/28/86 | 86-1708 | | |
| XYZ-8 | Michael DeBlasio v. Gas Reclamation, Inc., et al. | S.D.N.Y. | 85 Civ 6356 | | | | |
| B-9 | June E. Johnson v. Gas Reclamation, Inc., et al. 1-24-86 | S.D.Tex. Singleton | H-85-6430 | 2-11-86 | 86-1840 | | |
| XYZ-10 | The Connecticut National Bank v. Northwestern National Ins. Co. of Milwaukee, Wisc. | S.D.N.Y. | 85 Civ 6392 | | | 03/09/91 | |

JBML FORM 1 -- Continuation ®

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Robert Hudson v. Gas Reclamation, Inc., et al. 3-4-86 | S.D.Tex. Singleton | H-86-566 | 3/20/86 | 86-3211 | | |
| B-12 | Northwestern National Ins. Co. of Milwaukee, Wisconsin v. David Mahaffey et al., 4/7/86 | S.D.Tex. Black | H-86-815 | 5/5/86 | 86-6167 | | |
| B-13 | George W. Allibone, et al. v. Gas Reclamation, Inc., et al. 7/11/86 | S.D.Tex. Hughes | H-86-830 | 5/5/86 | 86-6168 | | |
| XYZ-14 | Northwestern Nat'l Ins. Co. v. Abish | S.D.N.Y. | 85 Civ 8053 | | | | |
| XYZ-15 | Northwestern Nat'l Ins. Co. v. Babitt | S.D.N.Y. | 85 Civ 8059 | | | | |
| XYZ-16 | Northwestern Nat'l Ins. Co. v. Mandel | S.D.N.Y. | 85 Civ 8060 | | | | |
| XYZ-17 | Northwestern Nat'l Ins. Co. v. Gim | S.D.N.Y. | 85 Civ 8061 | | | | |
| XYZ-18 | Northwestern Nat'l Ins. Co. v. Oxhandler | S.D.N.Y. | 85 Civ 8062 | | | | |
| XYZ-19 | Northwestern Nat'l Ins. Co. v. Bauer | S.D.N.Y. | 85 Civ 8063 | | | | |
| XYZ-20 | Northwestern Nat'l Ins. Co. v. Mirto | S.D.N.Y | 85 Civ 8094 | | | | |
| XYZ-21 | Northwestern Nat'l Ins. Co. v. Samarel | S.D.N.Y. | 85 Civ 8372 | | | | |
| XYZ-22 | Northwestern National Ins. Co. v. Nicoletti | S.D.N.Y. | 85 Civ 8373 | | | | |
| XYZ-23 | Northwestern National Ins. Co. v. Tomeo | S.D.N.Y. | 85 Civ 8374 | | | | |
| XYZ-24 | Northwestern National Ins. Co. v. Bodek | S.D.N.Y. | 85 Civ 9482 | | | | |
| | July 1986 - 10 re/14 x 42/24 Reg. | | | | | | |
| XYZ-25 | Sol Blaine v. Gas Reclamation, Inc., et al. | S.D.N.Y. | 86 Civ 5862 | | | | |

DOCKET NO. 665 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-26 | Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Bruce Urbanosky v. Gas Reclamation, Inc., et al. 3-4-87 *opposed 3/18/87* | E.D.Okla. Seay | 87-41-C | 4/28/87 | 87 Civ 3004 | | |
| XYZ-27 | Howard Aronin v. Gas Reclamation, Inc | S.D.N.Y. | 86 Civ 6346 | | | | |
| XYZ-28 | Northwestern National Insurance Co. v. Katz. | S.D.N.Y. | 86 Civ 6362 | | | | |

*July 1987 – 1 TR / 3 XYZ / 28 Pending*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-29 | Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Maynard H. Braden, et al. v. Gas Reclamation, Inc., et al. 6-15-87 | W.D.Tex. Ayers | 5-86-02094 A-11 (Adversary No. 87-5072A) | 7/1/87 | 87-5045 | 3/25/92 | |
| D-30 | Mike Pogue, et al. v. Gas Reclamation Inc., et al. 6-24-87 | Tex.,S. Singleton | H-87-1701 | 7/10/87 | 87-5146 | | |
| XYZ-31 | Northwestern National Ins. Co. of Milw. v. G. Leonard Teitelbaum | S.D.N.Y. | 86 Civ 9825 | | | | |

*July 1988 – 2 TR / 1 XYZ / 31 Pending*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-32 | Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Allen S. Cummings 7/27/88 | Fla., M. Fawsett | 88-25-Civ-Orl-19 | 8/12 | 88 Civ 6020 | | |

*July 1989 – 1 TR / 32 Pending*

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-33 | Robert L. Middleton v. Gas Reclamation, Inc., et al. 5-3-89   Opposed 5/8/89 | C.D.Cal. Hatter | 88-02494(TJH) (Gx) | 8/11/89 | 89-5716 DBS | | |
| E-34 | Northwestern National Insurance Co. of Milwaukee, Wisconsin v. Robert L. Middleton v. Gas Reclamation, Inc., et al. 5-16-89   Opposed 5-26-89   July 1990 - 2 TR/34 Pending   July 1991 - Same   July 1992 - 2 Dism./1 Rmnd./31 Pending   Sept 1992 Same | C.D.Cal. Rymer | CV-86-7876-PAR (Bx) | 8/11/89 | 89-5717 DBS | 1/23/92 R | . |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _665_ -- In re Gas Reclamation, Inc., Securities Litigation

REVISED JULY 26, 1989

LEAD COUNSEL FOR PLAINTIFFS:

Robin Nelson Wolfe, Esq.
Kantor, Davidoff, Wolfe,
  Rabbino & Kass
51 East 42nd Street
New York, New York  10017


ARTHUR ALLEN, JR., ET AL. (A-1)
BEN W. DITTO, ET AL. (A-2)
FRED PARKS (A-3)
HARRY M. SIBLEY, ET AL. (B-5)
JUNE E. JOHNSON (B-9)
GEORGE W. ALLIBONE, ET AL. (B-13)
Douglas M. Robison, Esq.
Geary, Stahl & Spencer
6400 NCNB Plaza
901 Main Street
Dallas, TX  75202


HERBERT BARD, ET AL. (A-4)
Richard L. Gold, Esq.
Sylvor, Schneer, Gold & Morelli
605 Third Avenue
New York, New York  10158


JAMES CLARKE, ET AL. (B-6)
Joe C. Holzer, Esq.
Hirsch & Westheimer
2550 RepublicBank Center          See D-30
700 Louisiana                     for new address
Houston, Texas  77002


WALT A. COLLINS, ET AL. (B-7)
Fletcheer F. Rhodes, Esq.
Blanks, Greenfield, Mewhinney
  & Rhodes
Post Office Box 867
Temple, Texas  76503


ROBERT HUDSON (B-11)
John W. Berkel, Esq.
3420 Two Houston Center
Houston, Texas  77010


MIKE POGUE, ET AL. (D-30)
Joe Holzer, Esq.
Butler & Binion
1600 Allied Bank Plaza
Houston, Texas  77002


ROBERT L. MIDDLETON (E-33)
  (also deft. E-34)
Robert M. Yaspan, Esq.
Yaspan & Goch
16000 Ventura Boulevard
Suite 1100
Encino, California  91436


NORTHWESTERN NATIONAL INSURANCE
  CO. OF MILWAUKEE, WISCONSIN
  (Pltfs. in B-12, C-26, D-29, E-32)
NORTHWESTERN NATIONAL INSURANCE CO.
  OF MILWAUKEE, WISCONSIN
HAROLD RICARD
H. Adam Prussin, Esq.
Mark G. Krum, Esq.
Weil, Gotshal & Manges
767 5th Avenue
New York, New York  10153


RICHARD KELLY  (deft. B-5)
EDGAR EISNER  (deft. B-5)
LAWRENCE FRIEDMAN  (deft. B-5)
INTERCONTINENTAL MONETARY CORP.
Jean E. Burke, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, New York  10038

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____2_____

DOCKET NO. ___665___ -- In re Gas Reclamation, Inc. Securities Litigation

JOE BIANCO
JOE BIANCO
429 East 52nd Street
Apt. 15-G
New York, New York  10022

ROBERT CLAY UNDERWOOD
Lee Sellers, Esq.
Prothro & Sellers
1300 InterFirst Bldg.
Wichita Falls, Texas  76301-3357

ALLAN ESRINE
ITI GLENDALE, INC.
Alan M. Pollack, Esq.
Brandeis, Bernstein, Pollack & Greene
950 Third Avenue
New York, New York  10022

GEORGE R. GAENSLIN
GEORGE R. GAENSLIN
5642 Jackwood
Houston, Texas  77096

CONNECTICUT NATIONAL BANK
ENSIGN BANK FSB
MORRIS COUNTY SAVINGS BANK
PRIVATEBANKEN A/S
Darrell K. Fennell, Esq.
Fennell & Minkoff
330 Madison Avenue, 34th Floor
New York, New York  10017

A. EMMETT BARNES, IV
FINANCIAL GUARANTY CORP.
Steven Lowenthal, Esq.
Munves, Tannenhaus & Storch, P.C.
9 East 37th Street
New York, NY  10016

GAS RECLAMATION INC.
   G. HUGH BRADBURY
   GORDON D. LEWIS, M.D.
   HARRISON A. STORMS
   HARRISON A. STORMS, JR.
   HOWARD B. BUTLER, JR.
   ELIZABETH W. ALLEN
   MICHAEL A.S. MAKRIS
   BOB L. JORDAN
   Howard B. Butler, Jr., Esq.
   P.O. Box 571912
   Houston, Texas  77057-1912

UNABLE TO DETERMINE COUNSEL
FOR THE FOLLOWING:

GEORGE GARRETT
MANAGEMENT CONSULTING GROUP, INC.
AUSTIN DAVENPORT ASSOCIATES, INC.
HUGH BELL
HOWARD REIFER
JAMES J. CALLAHAN
GEORGE JOE CLEMENTS
LARRY YOUNG
ENNETT BARNES  (deft. B-5)
FINANCIAL GUARANTY CORP.  (deft. B-5)
KEN STREETMAN  (deft. B-5)
RUSSELL MARTINO  (deft. B-5)
ROSENEATH RESEARCH, INC. (deft. D-30)
VICTOR ALLISON (deft. E-33)

MILTON MOODY (deft. B-6)
MILTON MOODY
34 Huntsman's Horn Circle
The Woodlands
Houston, Texas  77380

DAVID MAHAFFEY (deft. B-12)
John F. Schaeffer, Esq.
14347-D Torrey Chase Blvd.
Houston, Texas  77014

BRUCE URBANOSKY (deft. C-26)
Alan Leibel, Esq.
Stephen Ragucci, Esq.
Brice & Mankoff, P.C.
300 Crescent Court, Suite 700
Dallas, Texas  75201-1841

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3_____

DOCKET NO. __665___ -- In re Gas Reclamtion, Inc. Securities Litigation

MAYNARD H. BRADEN (deft. D-29)
Leon & Bayless
500 Lexington
San Antonio, Texas  78205

JAMES A. DELANEY (deft. D-29)
Pat Maloney, Esq.
239 E. Commerce
San Antonio, Texas  78205

ALLEN S. CUMMINGS (deft. E-32)
Jeremy P. Cooley, Esq.
Giblin, Combs, Cooney & Conway
10 Madison Avenue
Morristown, New Jersey  07960-1297

JOE A. CLEMENTS, Pro Se
Satellite Management
363 North Belt, Suite 100
Houston, Texas  77060

HAAS SECURITIES CORP.
c/o Yost O'Connell
161-24 Northern Blvd.
Flushing, New York  11358

EUGENE K. LAFF, Pro Se
c/o Yost O'Connell
161-24 Northern Blvd.
Flushing, New York  11358

DON REEL, Pro Se
Capital Securities
120 Broadway, Suite 2110
New York, New York  10271

G.A. SUMAN, Pro Se
17003 Misty Creek
Spring, Texas  77339

EDWARD ROTENBERRY, Pro Se
Mooney Securities          RETURNED
4801 Woodway, Suite 270
Houston, Texas  77339

NORTHWESTERN NATIONAL INSURANCE CO.
  (LOCAL COUNSEL FOR PLTF. E-34)
Michael A. Sherman, Esq.
Alschuler, Grossman & Pines
1880 Century Park East, 12th Floor
Los Angeles, California  90067

EARL H. NEMSER
RICHARD KELLEY
IMC COLLECTION SERVICES, INC.
  (deft. E-34)
Earl H. Nemser, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, New York  10038

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 665 -- In re Gas Reclamation, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alan Esrine | , B-5, D-30, E-33, E-34 |
| Austin Davenport Associates, Inc. | A , B , B 6, B 9 - B-13, D-30, |
| Bob L. Jordan | A-2 , B , B 6, B-9, B-11; B-12; B-13 D-30, E-33, E-34 |
| Bob Spira | , B-5, D-30, E-33 |
| Connecticut National Bank | A , A 4, B-5 |
| Don Reel | -, B-5, D-30, |
| Dr. Gordon Lewis | A , A-2, A , B-5, B-9, B-11 ; B-13, D-30, E-33 |
| Ed Rotenbury | A , A 2 A , B-5, B-9, B-12 ; B-13, D-30 |
| Elizabeth W. Allen | , B 6, B-9 - B-13, D-30 |
| Ensign Bank | , B-5, B-11, C-26, E-33, E-34 |
| Eugene Laff | , B-5, D-30, E-33 |

p. 2

| | |
|---|---|
| G.A. Suman | A-2, B-3, B-6, B-9 - 3-13; D-30, |
| Gas Reclamation, Inc. | A-2, B-3, B-4, B-5, B-6, B-7, B-9, B-12, B-13; C-26, D-27; D-30, E-33, E-34 |
| George Joe Clements | B-9 |
| George N. Garrett | A-1, A-2, A-4, B-5, B-6, B-9 - B-13, E-33, E-34 |
| George R. Gaenslen | A-2, A-4, B-9, B-13; E-33, E-34 |
| Haas Securities Corp. d/b/a Economic and Management Group | A-2, B-5, B-6, B-9, B-12; B-13; D-30, E-33, E-34 |
| Harold Ricard | A-1, B-3; E-34 |
| Harrison A. Storms | A-1, A-2, A-3, B-5, B-6, B-9, B-11 - B-13; E-34 |
| Harrison A. Storms, Jr. | A-2, B-30, E-33, E-34 |
| Howard B. Butler | A-2, B-6, B-9, B-11; B-13, D-30, E-33, E-34 |
| Howard Reifer | A-2, A-4, B-6, B-9; B-13, D-30, |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __665__ -- In re Gas Reclamation, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| ~~Hugh Bell~~ | A 1 , B-5 ; D-30 ; |
| Hugh Bell | |
| '; Hugh Bradbury | A 2 , A , B-5, B-6, B-7, B-11 ; B-13 ; E-33 |
| Intercontinental Monetary Corp. | E-33, E-34 , B-7, B-11, B-12, C-26 |
| ITI Glendale | A 1, B-5, D-30, E-33, E-34 |
| James J. Callahan | A 4 |
| Joe Bianco | A 1, B-5, D-30, E-30, E-34 |
| Management Consulting Group | A 1 , B-5, B-6, B-7; B-13, D-30, |
| Michael Makris | A 1, B-5, B-6, B-11, B-12 -B-13, D-30 E-33, E-34 |
| Morris County Savings Bank | A 1, B-5, B-7 |
| Northwestern National Insurance Co. of Milwaukee, Wisconsin | B-5, B-6, B-7 , B-11, B-12 B-13 ; D-29 ; D-30, E-33 |
| Privatbanken | A 1, A-2, A 3, , B-12 - |

p. 4

| Privat banken, A/S | B-5, B-6 - B-12 - B-13, D-29, D-30, |
| Robert Clay Underwood | B, A-2  -B- , B-5, B-9 - B-13, D-30, E-33 |
| Larry Young | B-4, B-5, B-6, B-12, E-33, E-34 |
| Pierre Swaim | , B-5, B-12 |
| Joe Clements | A1  B- , B-5, B-6 B-9 - B-13; D-30, |
| Edgar Eisner | A-5 |
| Richard Kelly | B-5, E-34 |
| Emmett Barnes | B-5, E-34 |
| Financial Guaranty Corp. | B-5, D-30, E-34 |
| Lawrence Friedman | B-5 |
| Russell Martino | B-5; B-13; |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 665 -- IN RE GAS RECLAMATION, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| KEN STREETMAN | B-5 |
| MILTON MOODY | B-6 |
| R & E ENTERPRISE | B-13 |
| DAVID MAHAFFEY | B-12 |
| Bruce Urbansky | E-26 |
| Maynard H. Braslin | D-24 |
| James A. Delancy | D-24 |
| ROSENEATH RESEARCH, INC. | D-30, E-33, E-34 |
| Allen S. Cummings | E-32 |
| Victor Allison | E-33, E-34 |
| Robert L. Middleton | E-34 |

p. _____

| | E-34 |
|---|---|
| IMC Collection Services, Inc. | |