JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -6 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 665

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GAS RECLAMATION, INC. SECURITIES LITIGATION

TRANSFER ORDER

    This litigation presently consists of four actions pending in three federal districts: two actions in the Southern District of Texas and one action each in the Northern District of Texas and the Southern District of New York.[1/] Before the Panel is a motion by the six plaintiffs in the New York action to centralize, pursuant to 28 U.S.C. §1407, the actions in this litigation in the Southern District of New York for coordinated or consolidated pretrial proceedings. No responding party opposes transfer; the sole dispute among the parties before the Panel concerns selection of either the Southern District of New York or the Southern District of Texas as the preferable transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Each of the four actions included in the motion focuses on alleged securities law violations in connection with the offer and sale of investment contracts for gas reclamation units. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Southern District of New York is the appropriate transferee forum for this litigation. We note that all but two of the corporate defendants in this docket have their principal places of business in New York or the neighboring states of Connecticut and New Jersey, and thus many important witnesses and documents will be found in or near the Southern District of New York. We further note that all defendants that have responded to the Section 1407 motion have stated their preference for centralization in the Southern District of New York.

---

[1/] The Panel has been advised of several additional related actions, pending in at least three federal districts. These actions will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Leonard B. Sand for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-665 -- In re Gas Reclamation, Inc. Securities Litigation

### Northern District of Texas

Arthur Allen, Jr., et al. v. Gas Reclamation, Inc., et al., C.A. No. 3-84-0512-D

### Southern District of Texas

Ben W. Ditto, et al. v. Gas Reclamation, Inc., et al., C.A. No. H-85-4147

Fred Parks v. Gas Reclamation, Inc., et al., C.A. No. H-85-1660

### Southern District of New York

Herbert Bard, et al. v. Gas Reclamation, Inc., et al., C.A. No. 85-2092